# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT of TENNESSEE
### at CHATTANOOGA

FILED

AUG 27 2024

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **1:24-cr-89** |
| **v.** | ) | **Judge** Atchley |
| | ) | **Magistrate Judge** Lee |
| STEPHEN SCOTT SPRINGER | ) | |

## INDICTMENT

### Count One

The Grand Jury charges that, on or about May 22, 2024, in the Eastern District of Tennessee, the defendant, STEPHEN SCOTT SPRINGER, did unlawfully and knowingly possess any visual depiction of a minor engaging in sexually explicit conduct that had been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using any materials which have been mailed and so shipped and transported, by any means including by computer; to wit: videos and still images depicting a prepubescent minor and a minor who had not attained twelve years of age engaging in sexually explicit conduct including but not limited to the lascivious exhibition of the genitals and pubic area; all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

### Count Two

The Grand Jury further charges that, on or about May 22, 2024, in the Eastern District of Tennessee, the defendant, STEPHEN SCOTT SPRINGER, did knowingly possess any film, videotape, computer disk, and any other material that contained an image

of child pornography, as defined in Title 18, United States Code, Section 2256(8), and such image had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: images and videos depicting a prepubescent minor and a minor who had not attained twelve years of age engaged in sexually explicit conduct including but not limited to lascivious exhibition of the genitals and pubic area; all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## Notice of Enhanced Penalties

Before the defendant, STEPHEN SCOTT SPRINGER, committed the offenses charged in Counts One and Two of this Indictment, he had the following prior final conviction relating to sexual abuse or abusive sexual conduct involving a minor or ward under the laws of any state, as defined in Title 18, United States Code, Sections 2252(b)(2) and 2252A(b)(2) including

- attempted sexual battery by an authority figure, a violation of Tennessee Code Annotated § 39-13-527, in the Johnson County, Tennessee, Circuit Court, on or about April 5, 2012

As a result, the defendant is subject to an enhanced penalty under Title 18, United States Code, Sections 2522(b)(2) and 2252A(b)(2).

## Forfeiture Allegations

The allegations contained in this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 1467, 2253, and 2428.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, Untied States Code, Sections 2252 and 2252A, the defendant, STEPHEN SCOTT SPRINGER, shall forfeit to the United States of America the following:

a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses. The properties to be forfeited include, but are not limited to, the following: Android OnePlus model 8 (ID 66e696870d4d4534) and an iPad currently in possession of the Bradley County Sheriff's Office.

A TRUE BILL:

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
United States Attorney

By: _____
Jay Woods
Assistant United States Attorney