**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:24-cr-89 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| STEPHEN SCOTT SPRINGER | ) | Magistrate Judge Dumitru |

## ORDER

United States Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count Two of the Indictment; (2) accept Defendant's guilty plea as to Count Two; (3) adjudicate the Defendant guilty of Count Two; (4) defer a decision on whether to accept the plea agreement [Doc. 25] until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter. [Doc. 29]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation [Doc. 29] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count Two of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Two is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count Two, specifically possession of material containing child pornography, including an image of child pornography that involved a minor who had not attained twelve years of age, and subsequent to a conviction relating to sexual abuse or abusive sexual conduct under the laws of any state, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2);

4.  A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5.  Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled

    to take place on **February 26, 2026 at 10:00 a.m. ET** before the undersigned.

    **SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*

**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**
